BAKER-LEWIS CONSTRUCTION Co., *et al.,* v.
PAYNE H. MIDYETTE.

150 So. 284.
Division B.
Opinion Filed October 3, 1933.

A writ of error to the Circuit Court for Jackson County, D. J. Jones, Judge.

*John H. Carter* and *John H. Carter, Jr.,* for Plaintiff in Error;

*Oven & Messer* and *Waller & Pepper,* for Defendants in Error.

PER CURIAM.—This cause having been submitted upon the record and briefs, and no reversible error appearing to have been committed, it is considered, ordered and adjudged by the Court that the judgment of the Circuit Court be and the same is hereby affirmed.

WHITFIELD, P. J., and BROWN and BUFORD, J. J., concur.